Kelvin **WATFORD**, Plaintiff—
Appellant,

v.

**Correctional Officer HOUSE,**
Defendant—Appellee.

No. 05–6787.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2005.

Decided Oct. 20, 2005.

Kelvin Watford, Appellant Pro Se.

Before WIDENER, MICHAEL, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kelvin Watford seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. This court may exercise jurisdiction only over a final order, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus., Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Watford seeks to appeal is neither a final order nor an appealable interlocutory or collateral order because it has been vacated by the district court on Watford's motion for reconsideration. *See Watford v. House,* No. CA–04–1526–1 (E.D. Va. June 1, 2005). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*